

**ORDERED in the Southern District of Florida on November 06, 2007.**

*Raymond B. Ray (signature)*

**Raymond B. Ray, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

In re
CERTIFIED HR SERVICES COMPANY                CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.                              CHAPTER 11

Debtor.
_____ /

JAMES S. FELTMAN, Chapter 11                    ADV. NO. 07-1312-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

BACE INTERNATIONAL

    Defendant.
_____ /

### DEFAULT FINAL JUDGMENT

**THIS CAUSE** came before the Court on the Motion of James S. Feltman, the duly appointed and acting Chapter 11 trustee (the "Plaintiff" or "Trustee") for the estate of Certified HR Services Company, f/k/a The Cura Group (the Debtor") together with the substantively consolidated assets

and liabilities of Certified Services, Inc. ("CSI"), for Default Final Judgment against Defendant, BACE INTERNATIONAL, and the Court having noted that a Default was entered against BACE INTERNATIONAL, on July 25, 2007, having reviewed the pleadings and being otherwise duly advised in the premises, it is:

**ORDERED** that James S. Feltman, the duly appointed and acting Chapter 11 trustee for the Debtor's estate together with the substantively consolidated assets and liabilities of CSI, shall recover from BACE INTERNATIONAL the principal sum of $510,910.88, prejudgment interest from the date on which the suit commenced at the rate of 7.75 percent per annum and costs, which shall bear interest as set forth in 28 U.S.C. §1961. For all of the above, let execution issue.

###

Copies To:
James S. Feltman, Chapter 11 Trustee
Mesirow Financial Consulting, LLC
2 S. Biscayne Blvd, Suite 1800
Miami, Florida 33131

Heather L. Yonke, Esq.
Genovese Joblove & Battista, P.A.
Attorney for Chapter 11 Trustee
100 S.E. 2nd Street, 44th Floor
Miami, Florida 33131

Last Known Address of Judgment Creditor:
BACE INTERNATIONAL
BACE INTERNATIONAL
Michael Aldridge, Reg. Agent
9000 Fairview Road, Suite 1500
Charlotte, NC 28210